JUSTICE NELSON
specially concurs.
I have signed the opinion in this case because our analysis and decision is correct on the issues as raised in the administrative proceedings, as reviewed by the District Court and as presented and argued to this Court on appeal.
That is not to say, however, that I disagree with the substance of Justice Trieweiler’s dissent or with his analysis of ARM 46.12.590 (1990), vis-a-vis § 53-6-101, MCA, at issue here. Rather, my decision in the instant case is dictated by the oft-repeated principle that we will not address or determine arguments, issues or theories unless first presented in the appropriate lower tribunals and then preserved for decision by this Court on appeal. Farley v. Booth Bros. Land & Livestock Co. (1995), [270 Mont. 1], 890 P.2d 377, 381, (citing Goodover v. Lindey’s Inc. (1992), 255 Mont. 430, 441, 843 P.2d 765, 772.)